UNITED STATES DISTRICT COURT
FOR DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH A. THOMAS MD, LLC, a Connecticut limited liability company, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>COVERMYMEDS, LLC, a Delaware company,<br><br>*Defendant.* | Case No. 3:18-cv-02038-KAD |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kenneth A. Thomas MD, LLC hereby dismisses this action.

Dated: January 18, 2019            */s/ Jason Campbell*
                                                    Jason Campbell Esq.
                                                    250 First Avenue, Unit 602
                                                    Charlestown, MA 02129
                                                    (617) 872-8652
                                                    jasonrcampbell@ymail.com

                                                    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Jason Campbell*